Case 1:22-cv-00147   Document 12   Filed on 03/20/23 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED

*March 20, 2023*

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELI VARGAS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION B-22-CV-147 |
| | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ELI VARGAS, hereinafter referred to as Plaintiff, and files this, his First Amended Original Complaint against WAL-MART STORES TEXAS LLC, hereinafter referred to as Defendant, and for cause of action will show the Court the following:

PARTIES

1. Plaintiff is an individual who resides in Los Fresnos, Cameron County, Texas.

2. Defendant Wal-Mart Stores Texas LLC is a limited liability company from Arkansas. Defendant Wal-Mart Stores Texas LLC has been served with process and filed an answer in this case.

CLAIM FOR RELIEF

3. Plaintiff is seeking monetary relief from Defendant in an amount that is not more than $250,000.00, as compensation for his damages.

VENUE AND JURISDICTION

4. The incident described hereinbelow or events giving rise to Plaintiff's claim against Defendant arose in Los Fresnos, Cameron County, Texas. Venue for this cause

of action therefore lies in Cameron County, Texas.

5. Plaintiff filed his original petition in the 103rd District Court in Brownsville, Cameron County, Texas. Defendant removed this case to the United States District Court, Southern District of Texas, Brownsville Division based on diversity of citizenship of the Plaintiff, who resides in Texas, and Defendant, a limited liability company from Arkansas. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. This Court therefore has jurisdiction for this case.

## FACTS

6. On May 25, 2022, at 6:30 a.m., Plaintiff was at Defendant's Wal-Mart store in Los Fresnos, Cameron County, Texas for business purposes. Plaintiff slipped and fell in the outside-covered entryway of the store. It was raining, and the concrete floor in the entryway was wet with water due to wet customers dripping water on the floor as they entered the store. The concrete floor was smooth, slick, and glossy and had not been brushed or swept when constructed. Further, the concrete floor did not have a slip resistant product applied to it that would have prevented Plaintiff from slipping and falling. Defendant's employees who were in the walkway when Plaintiff slipped and fell and other employees failed to keep the floor dry, warn Plaintiff of the danger posed by the wet and slippery floor, and failed to place mats on the floor in the entryway to prevent Plaintiff from slipping and falling. The wet, slick, and slippery concrete floor and lack of mats on the floor, as described herein, caused Plaintiff to slip, fall, and suffer injuries and damages.

## CAUSE OF ACTION BASED ON
## PREMISES LIABILITY LAW AND PROXIMATE CAUSE

7. At the time that is material to the incident described hereinabove and this case, Defendant was negligent under premises liability law in that: A. Plaintiff was a business invitee, B. Defendant owned, possessed, and/or controlled the premises where the incident described hereinabove occurred, C. A condition on the premises, the water on the floor, the wet and slippery floor, the smooth, slick, and glossy concrete floor that was not swept when constructed, the lack of a slip resistant product on the floor, and/or the lack of mats on the floor, as described in the preceding paragraph, posed an unreasonable risk of harm, D. Defendant knew or reasonably should have known of the danger posed by the condition, and E. Defendant breached its duty of ordinary care by failing to adequately warn Plaintiff of the condition and failing to make the condition reasonably safe. This negligence by Defendant was the sole proximate cause or a proximate cause of the incident described hereinabove and of the injuries and damages suffered by Plaintiff, as set out hereinbelow.

## DAMAGES

8. As a proximate cause of the negligence of Defendant in causing the incident described hereinabove, Plaintiff suffered injuries, suffered physical pain and mental anguish in the past, will suffer physical pain and mental anguish in the future, suffered physical impairment in the past, will suffer physical impairment in the future, suffered physical disfigurement in the past, will suffer physical disfigurement in the future, lost wages in the past, will incur a loss of earning capacity in the future, incurred medical expenses in the past, and will incur medical expenses in the future. Plaintiff is seeking

3

monetary relief from Defendant in an amount that is not more than $250,000.00, as compensation for his damages.

## PREJUDGMENT AND POSTJUDGMENT INTEREST

9. Plaintiff further sues Defendant herein for prejudgment interest at the maximum rate allowed by law on those damages where such interest may be assessed and for postjudgment interest at the maximum rate allowed by law on all of Plaintiff's damages from the date of judgment until the judgment is paid in full.

## REQUEST FOR JURY AND JURY FEE

10. Plaintiff requests that the above-styled and numbered cause be tried to a jury and represents to the Court that the proper jury fee has been paid to the Clerk of this Court with the filing of Plaintiff's Original Petition.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing, he have judgment against Defendant for all of his damages hereinabove alleged, for prejudgment and postjudgment interest, and for any and all other relief, both general and special, in law and in equity, and for all costs of Court in his behalf expended.

Respectfully Submitted,

THE CISNEROS LAW FIRM, L.L.P.
312 Lindberg
McAllen, Texas 78501
Telephone No. (956) 682-1883
Fax No. (956) 682-0132
Email: email@cisneroslawfirm.com

/s/ Michael J. Cisneros
MICHAEL J. CISNEROS
State Bar No. 00793509
ARTURO CISNEROS
State Bar No. 00789224
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Michael J. Cisneros, hereby certify that on this 17th day of March, 2023, a true and correct copy of Plaintiff's First Amended Original Complaint was sent to counsel for Defendant via electronic mail.

/s/ Michael J. Cisneros
MICHAEL J. CISNEROS