United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELI VARGAS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-147 |
| | § | |
| WAL-MART STORES TEXAS, LLC. | § | |
|     Defendants. | § | |

## ORDER

On June 26, 2023, the parties filed a joint stipulation to dismiss this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 19.  This rule permits the plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case have been dismissed with prejudice.  The District Clerk shall close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on June 27, 2023.

Karen Betancourt
United States Magistrate Judge